B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of South Carolina

In re  Jeanette Nelson                              ,          Case No.  16-02089-jw

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A | CitiFinancial Servicing LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Court Claim # (if known): 9
Amount of Claim: $26,592.93
Date Claim Filed: 08/22/2016

Phone: 800-561-4567
Last Four Digits of Acct #: 8182

Phone: 888-298-7785
Last Four Digits of Acct. #: 1919

Name and Address where transferee payments should be sent (if different from above):
Carrington Mortgage Services, LLC
POB 3730
Anaheim, CA 92806

Phone: 800-561-4567
Last Four Digits of Acct #: 8182

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Louise M. Johnson                    Date: 11/13/2017
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.